■ The People of the State of New York, Respondent, v Jimmy Sattan, Appellant. [8 NYS3d 915]—Appeal by the defendant from a sentence of the Supreme Court, Kings County (Chun, J.), imposed February 20, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Brown*, 122 AD3d 133, 137-138 [2014]; *People v Bradshaw*, 76 AD3d 566, 569 [2010]), and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Skelos, Leventhal, Roman and Duffy, JJ., concur.